# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 540 EAL 2014
:
     Respondent  :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v.      :
:
:
:
DAMON COVINGTON,   :
:
     Petitioner  :

## ORDER

**PER CURIAM**

  **AND NOW**, this 16th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.